**FILED**

**DEC 14 2016**

DAVID CREWS, CLERK
BY _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO 1:16-CR/23

SANDRA PHILLIPS  18 U.S.C. § 641
 18 U.S.C. § 1001

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

From on or about October 25, 2012, to on or about August, 2016, in the Northern District of Mississippi, SANDRA PHILLIPS, defendant, did knowingly steal, purloin, and convert to her own use goods and property of the United States, that is, social security benefits to which she was not entitled, of a value exceeding $1,000, in violation of 18 U.S.C. § 641.

### COUNT TWO

On or about October 25, 2012, in the Northern District of Mississippi, SANDRA PHILLIPS, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Health and Human Services, by stating on her Redetermination Summary for Determining Continuing Eligibility for Supplemental Security Income Payments that she did not have any other sources of income nor did she receive financial assistance from any other source; the statements and representations were false in that she then well knew she was utilizing for her own personal benefit the Social Security and Veteran's Administration benefits of William Phillips, who, at that time, was missing and presumed dead, in violation of 18 U.S.C. § 1001.

## COUNT THREE

On or about March 24, 2015, in the Northern District of Mississippi, SANDRA PHILLIPS, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Health and Human Services, by stating on her Redetermination Summary for Determining Continuing Eligibility for Supplemental Security Income Payments that she did not have any other sources of income nor did she receive financial assistance from any other source; the statements and representations were false in that she then well knew she was utilizing for her own personal benefit the Social Security and Veteran's Administration benefits of William Phillips, who, at that time, was missing and presumed dead, in violation of 18 U.S.C. § 1001.

## COUNT FOUR

On or about February 12, 2016, in the Northern District of Mississippi, SANDRA PHILLIPS, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Health and Human Services, by stating on her Redetermination Summary for Determining Continuing Eligibility for Supplemental Security Income Payments that she did not have any other sources of income nor did she receive financial assistance from any other source; the statements and representations were false in that she then well knew she was utilizing for her own personal benefit the Social Security and Veteran's

Administration benefits of William Phillips, who, at that time, was missing and presumed dead, in violation of 18 U.S.C. § 1001.

**A TRUE BILL**

*Felicia C. Adams*
**UNITED STATES ATTORNEY**

*/s/redacted signature*
**FOREPERSON**